UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:20-CR-74 |
| vs. | ) | |
| CHARLES ELSEA, JR., et al, | ) | |
| Defendant. | ) | |

**ORDER**

Defendant Steve Steward has filed a Motion to Continue [Doc. 125] in this matter. A hearing will be held on this motion by teleconference on **Tuesday, April 6, 2021 at 9:00 a.m.** Counsel for all parties shall participate in the conference by calling 1-888-278-0296 and using access code 1539438 at the appointed time.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge