UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:20-CR-74 |
| vs. | ) | |
| | ) | |
| CHARLES ELSEA, JR. et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Defendant Charles Elsea filed a Motion to Continue [Doc. 159] averring that additional time is needed to hold attorney-client meetings, interview potential witnesses, undertake investigation, file necessary motions, and to prepare for trial or other disposition. A teleconference was held with counsel on August 10, 2021 at which time the Court confirmed that all parties agreed to a continuance in this matter, and the United States did not oppose the continuance.

Defendants have shown good cause to grant the relief requested. Despite due diligence, counsel need additional time to hold attorney-client meetings, interview potential witnesses, undertake investigation, file necessary motions, and otherwise prepare for trial or other disposition. As such, Defendant Elsea's Motion [Doc. 159] is well taken, and it is **GRANTED**.

For the reasons stated above, all time between the filing of this order and the new trial date identified above is hereby declared "excludable time" under the Speedy Trial Act. The ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

The Court sets the following deadlines for this matter, within the confines of the Speedy Trial Act:

| New Scheduling Dates | |
|---|---|
| Trial Date | **November 16, 2021 at 9:00 a.m. Before Senior U.S. District Judge J. Ronnie Greer** |
| Estimated length of trial | **4 days** |
| Defense Motions Due: | **September 24, 2021** |
| Government Responses Due: | **October 8, 2021** |
| Plea Deadline | **November 2, 2021** |
| Requests for Special Jury Instructions | **5 days before trial** |

If a Defendant and the United States enter into plea negotiations which prove successful, a fully executed plea agreement shall be filed on or before the plea deadline identified above with an exact copy simultaneously furnished to the chambers of the district judge. All provisions in the Order on Discovery and Scheduling not explicitly amended by this order shall remain in effect.

SO ORDERED:

s/ Cynthia Richardson Wyrick
United States Magistrate Judge