UNITED STATES OF AMERICA

VS

CHARLES W. ELSEA

CASE # 2:20-CR-74

NOW COMES DEFENDANT CHARLES W. ELSEA WAIVING MY 6th AMENDMENT RIGHT TO COUNCEL. I WISH TO PROCEED PRO-SE

RESPECTFULLY

SIGNUTE: Charles Elsea

DATE: AUGUST 21, 2021