**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE**

CRIMINAL MINUTES:   STATUS CONFERENCE

USA v   Charles Elsea, Jr., et al              Date:    09/14/21

Case No.  CR-2-20-74                    Time   11:22 a.m.  To 11:47 a.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

===================================================================

| | |
|---|---|
| UNITED STATES OF AMERICA | Meghan Gomez |
| V | |
| CHARLES, ELSEA, JR (1) | Jonathan Cave |
| STEVE STEWARD (3) *(video)* | Marsha Arnurius |
| MARIAH STEWARD HOWARD (4) *(video)* | Wayne Stambaugh |
| JERRY RAY TRAPP (5) | Steven Moore |
| ROBERT McCLURE (6) | Nikki Himebaugh |
| CHRISTY MYERS (7) | Dan Smith |
| JUDY CAYTON (8) | Christian Lanier |

**PROCEEDINGS:**

Status Conference held

Jury trial is continued until January 11, 2022

ORDER TO ENTER