United States District Court for the Eastern
District of Tennessee

United States of America

Plaintiff,

vs.

CASE NO. 2:20 CR-74 (1)

Charles Elsea, Jr.

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that __Charles Elsea, Jr.__, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from __Judgment__
(the final judgment) (from an
__and Commitment__ entered in this action on the __18__ day of
order (describing it))
__August__, 2022

(s) __Charles Elsea, Jr. (by Clerk)__
Address: __Laurel County Jail__
__740 Hammock Road__
__London, KY 40744__

Attorney for __Pro Se__

cc: Opposing Counsel ___
    Court of Appeals ___

6CA-3
1/99